1

**Brian F. Russo (018594)**
**Law Office of Brian F. Russo**
2   111 West Monroe Street
Suite 1212
3   Phoenix, Arizona 85003
Tel: 602-340-1133
4   Fax: 602-258-9179
Email: bfrusso@att.net
5

Attorney for Defendant Sandoval
6

7               **IN THE UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF ARIZONA**

9

10   UNITED STATES OF AMERICA,           )   Case No.: CR12-00573-2-PHX-ROS
                                         )
11              Plaintiff,               )   **RESPONSE TO GOVERNMENT'S**
                                         )   **MOTION TO DISMISS**
12        vs.                            )
                                         )
13   SAUL SANDOVAL,                      )
                                         )
14              Defendant.               )
                                         )
15   _____ )

16

17        COMES NOW the defendant, Saul Sandoval, by and through counsel undersigned, and

18   respectfully requests that this Court immediately grant the Government's Motion to Dismiss

19   Without Prejudice and enter its order dismissing the case and releasing the defendant from his

20   pretrial release conditions and exonerating appearance bond.

21        However, since the case is being dismissed there does not appear to be any purpose to

22   allowing further pleadings in this matter.  Defendant submits that the issue raised in co-defendant

23   Hernandez-Flores' motion to dismiss and/or preclude testimony is moot.

24

25

                                         -1-

DATED this 5th day of June, 2013.

/s/ Brian F. Russo
Brian F. Russo
Attorney for Defendant Sandoval

FILED electronically (CM-ECF) this
5th day of June, 2013, with:

Clerk of Court
U.S. District Court

Copy electronically mailed by way of CM-ECF this
5th day of June, 2013, to:

The Honorable Stephen M. McNamee
United States District Court
mcnamee_chambers@azd.uscourt.gov

Karen S. McDonald
United States Attorney's Office
Karen.mcdonald@usdoj.gov

Cameron A. Morgan
Attorney for co-def Hernandez-Flores
Camerona.morgan@hotmail.com

/s/ Jacqui Whitten